United States District Court
Southern District of Texas
**ENTERED**
June 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Radley Bradford, individually, and on behalf of all others similarly situated, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-23-1131 |
| § § | |
| Western Dental Services, Inc., § § | |
| Defendant. § | |

## ORDER

On June 22, 2023, the parties filed a Notice of Settlement (docket no. 17) announcing that a settlement has been reached in this action with Plaintiff, Radley Bradford, individually, and on behalf of all others similarly situated, and Defendant, Western Dental Services, Inc. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **fort-five (45) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 22nd day of June, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE