United States District Court
Southern District of Texas
**ENTERED**
August 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Radley Bradford, individually, and on behalf of all others similarly situated, § § § <br><br>Plaintiff, § § §<br>v. § <br> § <br>Western Dental Services, Inc., § § §<br>Defendant. § | Civil Action No. H-23-1131 |

## O R D E R

On August 29, 2023, Plaintiff, Radley Bradford, and Defendant, Western Dental Services, Inc., filed a Stipulation of Dismissal with Prejudice (docket no. 20) asserting that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims against Defendant, Western Dental Services, Inc.  Plaintiff's class claims against Defendant, Western Dental Services, Inc., are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 23(e).

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 30th day of August, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE